**Opinion issued October 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00254-CV**

———————————

**CHARLES M. GREENLEE AND MICHELLE SHEPHERD, INDEPENDENT CO- EXECUTORS OF THE ESTATE OF MICHAEL D. GREENLEE, DECEASED, AND INDEPENDENT CO-ADMINISTRATORS OF ESTATE OF MARSHA GREENLEE, DECEASED, Appellants**

**V.**

**PAT KINGSBERY AND DONNA GOEHRS, Appellees**

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Case No. PR-0073511-A**

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.